# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| HENRY ANDREE WINZER, | § | |
|     Plaintiff, | § | |
| v. | § | No. 3:15-CV-1469-B (BT) |
| STEPHEN TUDOR, et al., | § | |
|     Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Rebecca Rutherford. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Officers Miller, Cabealis, and Brewer are DISMISSED without prejudice.

**SO ORDERED** this 29th day of August, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE