UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HENRY ANDREE WINZER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 3:15-CV-1469-B-BT |
| STEPHEN TUDOR et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 12, 2018. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Motion for Summary Judgment Based on Qualified Immunity filed by Defendants Stephen Tudor, James Hunter, and Ethan Martin (ECF No. 43) is **GRANTED**. Plaintiff's claims against the Defendants are **DISMISSED with prejudice.**

**SO ORDERED** this 3rd day of January, 2019.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE